UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

IN THE MATTER OF THE APPLICATION AND WARRANT:

| | | |
|---|---|---|
| Search Warrant and Application | ) | No. 17-mj-4029 |
| Google Accounts | ) | Judge Newbern |

## MOTION TO UNSEAL AFFIDAVIT AND WARRANT

The United States of America, by and through the undersigned attorney, moves the Court to unseal the search warrant application and accompanying affidavit in case number 17-mj-4029.

The information sought in this warrant has been provided, and the government wishes to provide the application and warrant as discovery in related criminal cases.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney

BY: */s/ William L. Deneke*
Assistant United States Attorney
A-961 U.S. Courthouse
ll0 Ninth Avenue South
Nashville, Tennessee 37203
Telephone: 615-736-5151